GEOFFREY A. HANSEN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant Rodolfo Ponce Ibarra

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   )   No. 12-00207 RS
                            )
         Plaintiff,         )   STIPULATION AND [PROPOSED]
                            )   ORDER VACATING PRETRIAL
    v.                      )   CONFERENCE AND TRIAL DATES
                            )   AND SETTING STATUS DATE FOR
RODOLFO PONCE IBARRA,       )   OCTOBER 2, 2012; EXCLUDING
                            )   TIME BETWEEN AUGUST 27, 2012
         Defendant.         )   TO OCTOBER 2, 2012
                            )

**STIPULATION**

The Court previously set a pretrial conference date on September 25, 2012 and a trial date on October 5, 2012 (jury selection) and October 9, 2012 (trial). Undersigned counsel will be obtaining new counsel for Mr. Ponce Ibarra within the Office of the Federal Defender and, with her client's approval, thus requests that the pretrial conference and trial dates be vacated and that the matter be set for status on October 2, 2012. The defense will continue to investigate Mr. Ponce's case in the meantime. The government has no objection to this request. The parties also agree that the time between August 27, 2012 and October 2, 2012 should be excluded under the Speedy Trial Act for continuity of counsel and for effective preparation of counsel, 18 U.S.C. § 3161(h)(7)(A) and

STIP. & ORDER
CR-12-00207 RS                              - 1 -

1  (h)(7)(B)(iv), and the ends of justice served by granting such a continuance outweigh the best
2  interests of the public and the defendant in a speedy trial.
3  SO STIPULATED.

Dated:   8/27/2012

MELINDA HAAG
United States Attorney

/s/
J. MARK KANG
Special Assistant United States Attorney

Dated:   8/27/2012               /s/
SHAWN HALBERT
Attorney for Defendant

**ORDER**

For the reasons stated above, the pretrial conference date of September 25, 2012 and the trial date of October 5, 2012 (jury selection) and October 9, 2012 (trial) shall be vacated and the matter shall be set for a status appearance with new counsel on October 2, 2012 at 2:30 p.m.

IT IS FURTHER ORDERED that the time between August 27, 2012 and October 2, 2012 should be excluded under the Speedy Trial Act for effective preparation of counsel and continuity of counsel, 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), and the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial.

SO ORDERED.

DATED: 8/27/12

_____
THE HONORABLE RICHARD SEEBORG
United States District Judge